

FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 19-0731

**STATE OF MONTANA,**

    **Plaintiff and Appellee,**

    v.

**TRAVIS MICHAEL STAKER,**

    **Defendant and Appellant.**

FILED

MAY 0 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### ORDER GRANTING APPELLANT'S REQUEST TO FILE BRIEF WITH CORRECT FORMATTING

Upon consideration of Appellant's Unopposed Motion to File Replacement Brief of Appellant With Correct Formatting, and good cause appearing,

IT IS HEREBY ORDERED that, on or before May 6, 2020, Appellant may file an identical copy of the Brief of Appellant that Appellant e-filed on April 24, 2020, in a file format that will not result in formatting errors during the e-file conversion process.

IT IS FURTHER ORDERED that Appellant's subsequently filed Brief of Appellant shall replace in the Court's record the Brief of Appellant e-filed on April 24, 2020.

DATED this 1st day of May, 2020.

Chief Justice